UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Vicki L. Lemmon,**

    **Plaintiff,**

    v.                                    Case No. 2:13–cv–410

**Commissioner of Social Security,**        Judge Michael H. Watson

    **Defendant.**

## ORDER

    On January 13, 2014, United States Magistrate Judge Norah McCann King, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation concerning the disposition of Vicki L. Lemmon's ("Plaintiff") Complaint in this Social Security case. The Report and Recommendation recommended reversing the Commissioner's decision and remanding the case for further administrative proceedings.

    The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the Report and Recommendation. Report and Recommendation 7–8, ECF No.

24. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Report and Recommendation is **ADOPTED**, the decision of the Commissioner is **REVERSED**, and the case is **REMANDED** to the Commissioner under Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**