# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**VICKI L. LEMMON,**

        **Plaintiff,**

    **vs.**

                                         **Civil Action 2:13–cv–410**
                                         **Judge Watson**
                                         **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

On May 30, 2014, the United States Magistrate Judge recommended that plaintiff's motion for attorney fees, Doc. No. 27, be granted. *Report and Recommendation*, Doc. No. 28. Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection. The *Report and Recommendation*, Doc. No. 28, is **ADOPTED AND AFFIRMED**. Plaintiff's motion for an award of attorney fees and costs, Doc. No. 27, is **GRANTED**.

Plaintiff is **AWARDED** an attorney fee and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the total amount of $6,591.75.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT